456 A.2d 1092

Commonwealth v. Sullivan, Appellant.

Petition for Allowance of Appeal
Denied June 21, 1983.

Submitted June 3, 1982. Sidney E. Herold, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.

456 A.2d 1093

Commonwealth v. Thompson, Appellant.

Argued September 14, 1982. Joshua D. Lock, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence is affirmed.